# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

158910

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FREDERICK R. WHEELER and MARILYN
WHEELER,
            Plaintiffs-Appellees,

v                                                                SC: 158910
                                                                 COA: 338704
                                                                 Wayne CC: 15-009025-NZ

CITY OF LIVONIA,
            Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



Clerk

t1218